# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case: 4:22-cr-016 |
| | ) | |
| SHAQUANDRA WOODS, | ) | |
| COURTNEY GILCHRIST, and | ) | |
| KENNETH JACKSON | ) | |

### UNITED STATES' NOTICE OF INTENT TO OFFER
### SELF-AUTHENTICATING RECORDS PURSUANT TO F.R.E. 902

The United States notifies the Court and counsel of its intent to offer at trial self-authenticating records pursuant to Federal Rule of Evidence 902.

The United States intends to offer at trial self-authenticating records from Farah & Farah, P.A. ("Farah & Farah") pursuant to Federal Rule of Evidence 902(11) and (13). Said records consist of documents relating to personnel and payroll records of Defendant Courtney Gilchrist. Said records are accompanied by a certification of a qualified custodian that meets the requirements of Rules 902(11) and (13) and 803(6)(A)–(C). *See* Ex. A. The records and certifications generated Farah & Farah have been produced in discovery and made available to defense counsel for inspection.

This 12th day of July 2022.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Jonathan A. Porter*
JONATHAN A. PORTER
Assistant United States Attorney
Georgia Bar No. 725457

Email: Jonathan.Porter@usdoj.gov

U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
Telephone:  (912) 652-4422
Facsimile:  (912) 652-4227

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of July 2022.

                                        Respectfully submitted,

                                        DAVID H. ESTES
                                        UNITED STATES ATTORNEY

                                        */s/ Jonathan A. Porter*
                                        JONATHAN A. PORTER
                                        Assistant United States Attorney
                                        Georgia Bar No. 725457
                                        Email: Jonathan.Porter@usdoj.gov