IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 4:22-cr-16 |
| v. | ) |
| | ) |
| SHAQUANDRA WOODS | ) |
| COURTNEY GILCHRIST, and | ) |
| KENNETH JACKSON | ) |

## ORDER

Pending before the Court is the United States' Motion for Reciprocal Discovery ("Motion"). Having considered the Motion, and for good cause therein, the United States' Motion is hereby **GRANTED**.

Accordingly, each Defendant shall, within 14 days of this Order, produce the following items to the United States or certify in writing to the United States that no such responsive items exist: (i) items subject to disclosure as listed in Federal Rule of Criminal Procedure 16(b), including documents and objects, reports of examination and tests, and expert witnesses; (ii) written notice of an insanity defense and expert evidence of a mental condition, in compliance with Federal Rule of Criminal Procedure 12.2; (iii) written notice of any actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the offense, in compliance with Federal Rule of Criminal Procedure 12.3; and (iv) any defense witness's statement in Defendant's possession, other than his own statement, that relates to the subject matter about which said witness will testify at

trial. Each Defendant is also instructed to promptly disclose any discoverable material in which it becomes aware as part of its continuing disclosure duty.

**SO ORDERED** this 21st day of September, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA