IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

SHAQUANDRA WOODS

Defendant.

CASE NO.: 4:22-cr-16-1

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 22, 2022, Report and Recommendation, (doc. 144), to which no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 144.) For the reasons stated by the Magistrate Judge, Defendant Shaquandra Woods' Motion to Strike, (doc. 110), Motion to Suppress, as amended (docs. 111 & 121), Motion to Dismiss (doc. 112), and Motion to Dismiss for Fundamental Ambiguity, as amended, (docs. 114 & 133) are all **DENIED**.

**SO ORDERED**, this 12th day of December, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA