EXHIBIT A

| | |
|---|---|
| **From:** | Solari, Jennifer (USAGAS) |
| **To:** | Jacque Hawk; Charlotte Raley |
| **Cc:** | Grover, Ryan (USAGAS) |
| **Subject:** | Draft Joint Status Report |
| **Date:** | Friday, April 21, 2023 2:26:57 PM |
| **Attachments:** | Joint status report form Woods et al (RCG edits).docx |

Jacque and Charlotte,

Please review the attached and either file with Mr. Hawk's e-signature or let us know whether we can add it and file.

Thanks,
Jenna

Jennifer G. Solari
Senior Litigation Counsel
U.S. Attorney's Office
Southern District of Georgia
912-652-4422

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 4:22-CR-016 |
| SHAQUANDRA WOODS, COURTNEY GILCHRIST, and KENNETH JACKSON | |

**JOINT STATUS REPORT**

I.      Date of Status Report Conference: April 20, 2020

II.     Conference Attendees:

| Name | Role |
|---|---|
| *Status information provided by defense counsel via email* | |
| Ryan Grover | AUSA |
| Jennifer Solari | AUSA |
| Adrienne Browning | Counsel for Defendant Gilchrist |
| Charlotte Raley | Paralegal for Mr. Hawk, Counsel for Defendant Woods |

III.    Pretrial Motions.

☐     All pretrial motions have been satisfied or otherwise resolved.

☒     The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| Government's Motion in Limine to Exclude Defendant Woods' Self-Authenticating Records (doc. 177) | No | No | No |

**Complete Remaining Portions Only In Judge Baker Cases**

IV.    Are the parties prepared to proceed to trial?  Defendant Woods states she is not ready to proceed to trial.  Defendant Gilchrist is ready to proceed.  Defendant Jackson has not provided a response.

If so, list three potential dates for a telephonic status conference with the presiding District Judge.

| Dates for Telephonic Conference |
|:---:|
| May 4, 2023 |
| May 5, 2023 |
| May 12, 2023 |

V.    Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request?

| Additional Time Requested |
|:---|
| Defendant Woods states she is not ready to proceed to trial and requests an additional 30 days "for further plea negotiations after receiving the Brady material requested in the motion. (Doc. 171)." The government has notified Defendant Woods' counsel that doc. 171 was not construed as a motion for discovery, doc. 171 has been adjudicated, and no additional discovery motions are pending.<br><br>Defendant Jackson did not provide any response for inclusion in this joint status report, so his status is unknown.<br><br>Defendant Gilchrist is prepared to proceed to trial. |

This day April 21, 2023.

/s/    *Jennifer G. Solari*
Assistant United States Attorney

/s/    *Ryan C. Grover*
Assistant United States Attorney

/s/    *Adrienne Browning*
Counsel for Defendant Gilchrist

2