UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 4:22-CR-016 |
| | ) | |
| SHAQUANDRA WOODS, | ) | |
| COURTNEY GILCHRIST, and | ) | |
| KENNETH JACKSON | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates: August 16, 2023, for the purpose of training.

**IT IS FURTHER ORDERED** that should a hearing be set during this date, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 1st day of August, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA