UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 4:22cr016 |
| ) | |
| SHAQUANDRA WOODS, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO SUBSTITUTE REDACTED EXHIBIT**

After undersigned counsel assumed representation, she discovered that information covered by Fed. R. Crim. P. 49.1 (which provides privacy protections for filings made with the Court) had been filed on the public docket. In an order dated November 10, 2022, the Court acknowledged that "document 133-15 does appear to contain some information that ought to be redacted." (Doc 142-Pg 3) That order directed a filing within 14 days to clarify the matter. (Doc 142-Pg 4) Apparently no filing was made. Having learned of the existence of Rule 49.1 information on the public docket, counsel asks the Court to substitute redacted document 133-15 in the place of the current, unredacted, publicly filed document 133-15. The proposed redacted document is attached to this motion as Exhibit 1.

Counsel has conferred by email with the Assistant United States Attorneys handling this case, and the government has no objection to the requested relief.

Respectfully submitted this 23nd day of August 2023.

Rouse + Copeland LLC

/s/ Amy Lee Copeland
Amy Lee Copeland
Georgia Bar No. 186730
Attorney for Shaquandra Woods

# CERTIFICATE OF SERVICE

I served a copy of this motion by filing it on the Court's CM/ECF portal, which generates a link to a file stamped .pdf copy of this motion to all counsel of record in this case.

This 23rd day of August 2023.

                                    Rouse + Copeland LLC

                                    <u>/s/ Amy Lee Copeland</u>
                                    Amy Lee Copeland
                                    Georgia Bar No. 186730
                                    Attorney for Defendant

602 Montgomery Street

Savannah, Georgia 31401

912.807.5000 (phone)

912.335.3440 (fax)

ALC@roco.pro