# EXHIBIT 1

# (Redacted document 133-15)

| 05/12/20 08:01:08 AM | **EXPERIAN CREDIT REPORT** |
|---|---|

## Infile Report

LENDER CASE #:
4886610 - SHAQUANDRA - WOODS

DATE RCVD: 05/12/20
DATE COMP: 05/12/20

## Applicant

**INPUT INFORMATION**
NAME: SHAQUANDRA A WOODS

**EMPLOYMENT**

## File Identifications

SHAQUANDRA A WOODS   12/21/82   XPN

## Credit Summary

| | PAYMENTS | BALANCES | LIMITS | TRADES | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|
| REVOLVING | 285 | | 0 | 19 | 0 | 0 | 0 |
| INSTALLMENT | 0 | | 0 | 15 | 0 | 0 | 0 |
| REAL ESTATE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPEN/OTHER | 285 | 339412 | 0 | 18 | 0 | 0 | 0 |
| TOTAL | 570 | 339412 | 0 | 52 | 0 | 0 | 0 |

#INQUIRIES
WORST TRADE

#PUBLIC RECORDS
OLDEST DATE

#BANKRUPTICIES   0
#SATISFACTORIES
PAST DUE   0

## Vendor Errors

NO VENDOR ERRORS FOUND

## Scoring

**REPOSITORY**
EXPERIAN

**BRAND**
VANTAGE 3.0                                         XPN

**762**
34  TOTAL OF ALL BALANCES ON BANK CARD OR REVOLVING ACCOUNTS IS TOO HIGH
04  THE BALANCES ON YOUR ACCOUNTS ARE TOO HIGH COMPARED TO LOAN LIMITS
12  THE DATE THAT YOU OPENED YOUR OLDEST ACCOUNT IS TOO RECENT
55  OPEN REAL ESTATE ACCT BALANCES ARE TOO HIGH COMPARED TO THEIR LOAN AMTS
84  NUMBER OF INQUIRIES IMPACTED YOUR SCORE, BUT EFFECT WAS NOT SIGNIFICANT

## Fraud Alert

NO FRAUD ALERT FOUND

## Regulatory Messages

335   V384 THE NUMBER OF INQUIRIES WAS ALSO A FACTOR, BUT EFFECT WAS NOT SIGNIFICANT



| | Public Records |
|---|---|
| | NO PUBLIC RECORDS FOUND |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **MONTHLY** | | | | | |
| | | **RPTD** | **LIMIT/** | **PAYMENT** | **UNPAID** | | | | |
| | | **OPEN** | **HC** | **AMOUNT** | **BALANCE** | **PAST-** | **TERMS** | **#MONTHS** | **TYPE** |
| **E** | **CREDITOR ACCT#** | **LAST PMT** | **BALANCE** | | | **DUE** | | **30/60/90 HISTORY** | **RATE** |
| 1 | COMMUNITY FIRST | 07/03<br>04/20 | 23500.00<br>23499.00 | | | | REV | 48 0/0/0/<br>BCCCCCCCCCCCCCCCCCCCCC<br>CCCC | R<br>11<br>CREDIT CARD<br>XPN |
| | | Lost | | | | | | | |
| 1 | COMENITYBANK/VICTORIA | 08/15<br>11/18 | 1000.00<br>28.00 | | | | REV | 39 0/0/0/<br>B000000000000000000000000 | R<br>11<br>CHARGE ACCOUNT<br>XPN |
| | | Paid | | | | | | | |
| 1 | COMENITYBANK/NY&CO | 12/14<br>04/18 | 500.00<br>0.00 | | | | REV | 40 0/0/0/<br>B0000000000000000000000- | R<br>11<br>CHARGE ACCOUNT<br>XPN |
| | | Paid | | | | | | | |
| 1 | SYNCB/SAMS CLUB DC | 10/14<br>04/18 | 1000.00<br>743.00 | | | | REV | 42 0/0/0/<br>B000000000000000000CCCCCC | R<br>11<br>CREDIT CARD<br>XPN |
| | | Paid | | | | | | | |
| 1 | COMMUNITY FIRST CU OF | 07/03<br>08/16 | 17000.00<br>13219.00 | | | | REV | 97 0/0/0/<br>BCCCCCCCCCCCCCCCCCCCC<br>0CCC | R<br>11<br>CREDIT CARD<br>XPN |
| | | Paid | | | | | | | |
| 1 | JPMCB CARD | 08/14<br>02/15 | 5500.00<br>2300.00 | | | | REV | 6 0/0/0/<br>BCCCCC | R<br>11<br>CREDIT CARD<br>XPN |
| | | Paid | | | | | | | |
| 1 | DISCOVER FIN SVCS LLC | 01/14<br>11/14 | 11500.00<br>7848.00 | | | | REV | 10 0/0/0/<br>B00CCCCCCC | R<br>11<br>CREDIT CARD<br>XPN |
| | | Paid | | | | | | | |
| 1 | SYNCB/OLDNAVYDC | 03/13<br>11/14 | 1024.00<br>95.00 | | | | REV | 20 0/0/0/<br>B0000000000000000CCC | R<br>11<br>CREDIT CARD<br>XPN |
| | | Paid | | | | | | | |

| E | CREDITOR ACCT# | RPTD OPEN LAST PMT | LIMIT/ HC BALANCE | MONTHLY PAYMENT AMOUNT | UNPAID BALANCE | PAST-DUE | TERMS | #MONTHS 30/60/90 HISTORY | TYPE RATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VYSTAR CREDIT UNION 470■■■ | 02/08 03/11 | 5500.00 5121.00 | | | | REV | 38 0/0/0/ B000000000000000000000000 | R 11 CREDIT CARD XPN |
| | Paid | | | | | | | | |
| 1 | COMMUNITY FIRST CU OF ■■■■■■■■ | 07/03 07/10 | 13000.00 10493.00 | | | | REV | 35 0/0/0/ BCCCCCCCCCCCCCCCCCCCCC CCCC | R 11 CREDIT CARD XPN |
| | Paid | | | | | | | | |
| 1 | FED LOAN SERV ■■■■■■■■■■ | 08/09 09/14 | | | | | UNK | 2 0/0/0/ BB | I A2 EDUCATION LOAN XPN |
| 1 | FED LOAN SERV ■■■■■■■■■2 | 08/09 09/14 | | | | | UNK | 2 0/0/0/ BB | I A2 EDUCATION LOAN XPN |
| 1 | FED LOAN SERV ■■■■■■■■■1 | 08/09 09/14 | | | | | UNK | 2 0/0/0/ BB | I A2 EDUCATION LOAN XPN |
| 1 | FED LOAN SERV ■■■■■■■■■ | 05/10 09/14 | | | | | UNK | 2 0/0/0/ BB | I A2 EDUCATION LOAN XPN |
| 1 | QUICKEN LOANS ■■■■■■■■■ | 02/14 05/20 | | | 75605.00 | | 360 | 74 0/0/0/ CCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 FHA REAL ESTATE LOAN XPN |
| | Open | | | | | | | | |
| 1 | NAVY FEDERAL CR UNION ■■■ | 01/13 04/20 | | | | | REV | | R CREDIT CARD XPN |
| 1 | DISCOVER FIN SVCS LLC ■■■■■■■■ | 04/16 03/20 | 15000.00 13210.00 | | | | REV | 47 0/0/0/ B00000000000000000000000C | R 11 CREDIT CARD XPN |
| | Paid | | | | | | | | |

| E | CREDITOR ACCT# | RPTD OPEN LAST PMT | LIMIT/ HC BALANCE | MONTHLY PAYMENT AMOUNT | UNPAID BALANCE | PAST-DUE | TERMS | #MONTHS 30/60/90 HISTORY | TYPE RATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SYNCB/OLDNAVYDC | 05/14 07/16 | 0.00 60.00 | | | | REV | 26 0/0/0/ B000000000000000000000000 | R 11 CREDIT CARD XPN |
| | | Paid | | | | | | | |
| 1 | SYNCB/BELK | 11/12 11/15 | 0.00 0.00 | | | | REV | 37 0/0/0/ B000000000000000000000000 | R 11 CHARGE ACCOUNT XPN |
| | | Paid | | | | | | | |
| 1 | BB&T | 10/04 03/14 | | | | | 360 | 99 0/0/0/ BCCCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 FHA REAL ESTATE LOAN XPN |
| | | Paid | | | | | | | |
| 1 | COMMUNITY FIRST CU OF | 06/07 01/12 | | | | | 088 | 56 0/0/0/ BCCCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 AUTO LOAN XPN |
| | | Paid | | | | | | | |
| 1 | AMEX | 01/20 05/20 | 15000.00 5000.00 | 4700.00 | | | REV | 4 0/0/0/ CCCC | R 11 CREDIT CARD XPN |
| | | Open | | | | | | | |
| 1 | BANK OF AMERICA 1695 | 01/20 05/20 | 6000.00 2678.00 | 2518.00 | | | REV | 4 0/0/0/ CCC0 | R 11 CREDIT CARD XPN |
| | | Open | | | | | | | |
| 1 | FED LOAN SERV | 08/14 04/20 | | | 64534.00 | | 240 | 68 0/0/0/ CCCCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 EDUCATION LOAN XPN |
| | | Open | | | | | | | |
| 1 | FED LOAN SERV | 08/10 04/20 | | | 21233.00 | | 240 | 68 0/0/0/ CCCCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 EDUCATION LOAN XPN |
| | | Open | | | | | | | |
| 1 | FED LOAN SERV | 08/10 04/20 | | | 10265.00 | | 240 | 68 0/0/0/ CCCCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 EDUCATION LOAN XPN |
| | | Open | | | | | | | |

| E | CREDITOR ACCT# | RPTD OPEN LAST PMT | LIMIT/ HC BALANCE | MONTHLY PAYMENT AMOUNT | UNPAID BALANCE | PAST-DUE | TERMS | #MONTHS 30/60/90 HISTORY | TYPE RATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FED LOAN SERV | 08/10 04/20 | | | 56049.00 | | 240 | 68 0/0/0/ CCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 EDUCATION LOAN XPN |
| | | Open | | | | | | | |
| 1 | FED LOAN SERV | 08/11 04/20 | | | 10265.00 | | 240 | 68 0/0/0/ CCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 EDUCATION LOAN XPN |
| | | Open | | | | | | | |
| 1 | FED LOAN SERV | 09/11 04/20 | | | 55204.00 | | 240 | 68 0/0/0/ CCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 EDUCATION LOAN XPN |
| | | Open | | | | | | | |
| 1 | FED LOAN SERV | 08/11 04/20 | | | 19974.00 | | 240 | 68 0/0/0/ CCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 EDUCATION LOAN XPN |
| | | Open | | | | | | | |
| 1 | | 03/12 04/20 | | | 9519.00 | | 240 | 68 0/0/0/ CCCCCCCCCCCCCCCCCCCCCC CCCC | I 11 EDUCATION LOAN XPN |
| | | Open | | | | | | | |
| 1 | THD/CBNA | 01/19 04/20 | 5001.00 554.00 | | 0.00 | | REV | 16 0/0/0/ 000000000000CCCC | R 11 CHARGE ACCOUNT XPN |
| | | Open | | | | | | | |
| 1 | COMMUNITY FIRST CU OF | 07/03 04/20 | 23500.00 23499.00 | | 9546.00 | | REV | 24 0/0/0/ CCCCCCCCCCCCCCCCCCCCCC CCC | R 11 CREDIT CARD XPN |
| | | Open | | | | | | | |
| 1 | COMENITY BANK/LIMITED | 12/14 02/15 | 1000.00 0.00 | | 0.00 | | REV | 2 0/0/0/ 0C | R 11 CHARGE ACCOUNT XPN |
| | | Inactive | | | | | | | |

## Inquiries

| INQUIRY DATE | KOB | SUBSCRIBER NAME | |
|---|---|---|---|
| 01/28/20 | BANK CREDIT CARDS | BK OF AMER | XPN |
| 01/10/20 | BANK CREDIT CARDS | AMEX | XPN |

| INQUIRY DATE | KOB | SUBSCRIBER NAME | |
|---|---|---|---|
| 01/03/19 | RETAIL, NOT ELSEWHERE CLASSIFIED | THD/CBNA | XPN |

| Additional Information | |
|---|---|
| KNOWN ALIAS<br>SHAQUANDRA A WOODS | XPN |
| KNOWN ALIAS<br>SHAQUANDRA LEWIS | XPN |
| KNOWN ALIAS<br>SHAQUANDRA BOSTICK | XPN |

| Consumer Referral Information | |
|---|---|
| EXPERIAN<br>701 EXPERIAN PARKWAY<br>PO BOX 2002<br>ALLEN, TX 75013<br>888-397-3742 | XPN |

### End Of Report

ECOA CODES: 0=UNDESIGNATED, 1=INDIVIDUAL, 2=JOINT ACCOUNT, 3=AUTHORIZED USER, 4=JOINT ACCOUNT, 5=COSIGNER, 6=ON BEHALF OF, 7=SIGNER, A=TERMINATED, B=TERMINATED, C=TERMINATED, D=TERMINATED, E=TERMINATED, F=TERMINATED, G=TERMINATED, H=TERMINATED, X=DECEASED