IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:22-cr-16 |
| SHAQUANDRA WOODS, and KENNETH JACKSON, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on the United States' Motion to Modify Trial Date to November 27, 2023. (Doc. 278.) Defendant Woods has responded in opposition of the Motion, (doc. 279), and Defendant Jackson has responded with no opposition of the Motion, (doc. 281.) After careful consideration of the Motion and the Responses, the Court finds good cause exists to **GRANT** the United States' Motion. Thus, the Court hereby amends the Criminal Trial Management Order, (doc. 273), as follows.

This case is set for a **PRETRIAL CONFERENCE** before R. Stan Baker, United States District Judge, at 9:00 AM, on Monday, November 20, 2023, at the Federal Courthouse, Courtroom 1, 8 Southern Oaks Court, Savannah, Georgia, and for **JURY SELECTION AND TRIAL** before Judge Baker, at 8:30 AM, on Monday, November 27, 2023, at the Federal Courthouse, Courtroom 1, 8 Southern Oaks Court, Savannah, Georgia. All other deadlines contained in the Criminal Trial Management Order, (doc. 273), remain the Order of the Court.

**SO ORDERED**, this 3rd day of November, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA