IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAQUANDRA WOODS,<br><br>   Defendants. | CASE NO.: 4:22-cr-16 |

**O R D E R**

The Court commenced a jury selection and trial in this case on December 5, 2023. On December 8, 2023, a jury found Defendant guilty of conspiracy to commit wire fraud as charged in Count One of the Superseding Indictment, in violation of 18 U.S.C. § 1349. (Doc. 324.) During trial, the Government and Defendant introduced numerous exhibits that contain personal data identifiers of the Defendant and other individuals, including Social Security numbers, financial institution account numbers, birthdates, and addresses. (Doc. 369.) Given the nature of the charges and theory of the parties' cases, redaction of the personal identifying information in these exhibits would substantially diminish the exhibits' evidentiary value. However, public access to the personal identifying information would pose a security and financial risk to numerous individuals. The Court has balanced the public's right to access these exhibits and the legitimate risks posed by public access. Given these concerns and considering the Court's Administrative Procedures for Filing by Electronic Means, the Court **ORDERS** the Clerk of Court to electronically file and maintain **UNDER SEAL** any trial exhibits received during the trial of this case which contain personal identifying information. Access to the exhibits filed under seal pursuant to this Order

2

shall be restricted to the Court, counsel for the Government, and counsel for Defendant Shaquandra Woods.  These exhibits shall remain under seal until further Order of the Court.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA